IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nicholas Polletta, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 16-cv-9492 |
| *-vs-* | ) | |
| | ) | Judge Shadur |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF DEPOSITIONS**

To: See Service List

YOU ARE HEREBY NOTIFIED that the undersigned will take the deposition of the following named individual at the time and date indicated at the offices of **Thomas G. Morrissey, Ltd. 10150 S. Western Ave., Suite Rear, Chicago, IL 60643.**

| | **Deponent** | **Date** | **Time** |
|---|---|---|---|
| 1 | Matthew Burke | May 8, 2017 | 10:00 a.m. |
| 2 | Daniel Korso | May 8, 2017 | 2:00 p.m. |

_____

*An attorney for the plaintiff*
Thomas G. Morrissey, Ltd.
ARDC 6309730
10150 S. Western Ave., Rear Suite
Chicago Il. 60646
(773)233-7900

**CERTIFICATE OF SERVICE**

I, Patrick W. Morrissey, state that I served the foregoing on the undersigned attorney for

defendants by e-mail on April 28, 2017.


James Nichols, ASA
500 Richard J. Daley Center
Chicago, Illinois 60602

David Condron, ASA
69 W. Washington, Suite 2030
Chicago, IL 60602

_____

Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
(773)-233-7900

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nicholas Polletta, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 16-cv-9492 |
| -vs- | ) | |
| | ) | Judge Shadur |
| Thomas Dart, Sheriff of Cook | ) | |
| County, and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF DEPOSITIONS

To: See Service List

YOU ARE HEREBY NOTIFIED that the undersigned will take the deposition of the following named individual at the time and date indicated at the offices of **Thomas G. Morrissey, Ltd. 10150 S. Western Ave., Suite Rear, Chicago, IL 60643.**

| Deponent | Date | Time |
|---|---|---|
| RN Susan Shebel | June 27, 2017 | 10:00 a.m. |
| Theresa Olson | June 27, 2017 | 2:00 p.m. |
| Cara Smith | June 28, 2017 | 10:00 a.m. |

_____
*An attorney for the plaintiff*
Thomas G. Morrissey, Ltd.
ARDC 6309730
10150 S. Western Ave., Rear Suite
Chicago Il. 60646
(773)233-7900

## CERTIFICATE OF SERVICE

I, Patrick W. Morrissey, state that I served the foregoing on the undersigned

attorney for defendants by e-mail on June 6, 2017.


James Nichols, ASA
Nicholas Cummings, ASA
500 Richard J. Daley Center
Chicago, Illinois 60602

David Condron, ASA
69 W. Washington, Suite 2030
Chicago, IL 60602


_____

Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
(773)-233-7900