# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #: 2015X4139  
INMATE ID #: 715624

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** Code 010
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT:
☒ OTHER: DOC Admin

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME: POLLETTA
PRINT - FIRST NAME: NICHOLAS
INMATE BOOKING NUMBER: 20150413057
DIVISION: 8-RTU
LIVING UNIT: 3E
DATE: 08-12-15

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

DATE OF INCIDENT: AUGUST 6. 2015
TIME OF INCIDENT: APPROX. BETWEEN 12-1 AM
SPECIFIC LOCATION OF INCIDENT: DIVISION 8-RTU TIER 3E CELL 2

I FELL IN MY CELL WHILE TRYING TO USE THE BATHROOM & BADLY SPRANG MY LEFT FOOT BECAUSE THERE ARE NO RAILINGS AND NO RETENTION WALL TO ASSIST. I NOTIFIED BOTH THE NIGHT OFFICER & NURSE IN THE MORNING & WAS TOLD I WOULD RECEIVE AID BUT DIDN'T - IT WASN'T UNTIL I TALKED TO THE EVENING OFFICER & NURSE THAT I FINALLY WENT TO CERMAK AT 10 PM FOR AN X-RAY & WRAPPING - MY FOOT HAS SWELLED UP & BECOME DISCOLORED & IS CAUSING A LOT OF PAIN & RENDERED ME UNABLE TO WALK BETWEEN THIS & MY OTHER INJURED FOOT

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I CANNOT WALK & WANT TO CONTINUE RECEIVING MEDICAL AID FOR MY INJURY & I ALSO WANT ACCESS TO HADICAPPED TOILETS - MY CELL IS NOT EQUIPPED WITH HAND RAILS

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE AND DATE: *Nicholas A Polletta*

CRW/PLATOON COUNSELOR (Print): Booker/Ball
DATE CRW/PLATOON COUNSELOR RECIEVED: 8/14/15

(FCN-40)(SEP 14)

(WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

Polletta Dart CCSO 00090

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☑ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2015X 4135

## INMATE INFORMATION (Información del Preso)

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Polletta | Nicholas | 2015041 3057 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
DTR — ASA Accomodation Issue

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):
N/A

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):
Doc Admin

DATE REFERRED: 8/14/15

PERSONNEL HANDLING REFERRAL RESPONSE: Reviewed above, we spoke with you directly & you informed him you had received medical care. He explained the reasoning for no rails, you stated you understood & did not have additional concerns or issues.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Theresa Olson
SIGNATURE: Theresa Olson
DIV. / DEPT.: Inm Svcs
DATE: 8/25/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT.: | DATE: / /

## NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE (Firma del Preso): Nicholas A Polletta

DATE RESPONSE WAS RECEIVED:
(Fecha en que la respuesta fue recibida): 09/01/15

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días, a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del la apelacion del detenido): 09/01/15

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion):
I FELT INTIMIDATED BEING SINGLED OUT & GIVEN A REASON FOR NO HAND RAILS THAT HAD MORE TO DO WITH SELF-INFLICTED INJURY THAN FOR SAFETY, WHICH SEEMS UNREASONABLE B/C THIS IS A MEDICAL DECK WITH MANY WHEELCHAIRS - THIS INCIDENT PROLONGED MY RECOVERY & MED ASSISTANCE WAS NOT RECEIVED UNTIL THE FOLLOWING WEEK

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?   Yes (Sí) ☐   No ☑

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):
Original Response to Stand

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): J Mueller
SIGNATURE (Firma del Administrador o / su Designado(a)):
DATE (Fecha): 9/4/15

INMATE SIGNATURE (Firma del Preso):

DATE INMATE RECEIVED APPEAL RESPONSE:
(Fecha en que el Preso recibió respuesta a su apelación): 09/08/15

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE