IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NICHOLAS POLLETTA**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16 C 9492 |
| **THOMAS DART**, Sheriff of Cook County, et al., | ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

On July 10, 2017 counsel for defendant Sheriff of Cook County filed "Defendant Cook County Sheriff's Motion To Quash the Notice of Deposition To Daniel Korso and for a Protective Order Limiting Scope of Said Deposition" (the "Motion," Dkt. No. 60). Although counsel for plaintiff Nicholas Polletta ("Polletta") is granted leave to file a response to the Motion on or before July 31, 2017, this Court finds the arguments presented by counsel for the Sheriff more than ample to call for the deferral of the depositions referred to in the Motion, and it so orders pending a decision on the merits.

To shift to another subject, this Court -- because of its having undergone major surgery on June 8 and a consequent need for rehabilitation -- has been unable since then to address defendants' responses to Polletta's motion for class certification. It orders Polletta to file a reply to those responses on or before July 31, 2017 so that this Court can deal with that motion on a fully-briefed basis.

_____
Milton I. Shadur
Date: July 18, 2017      Senior United States District Judge