UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Nicholas Polletta
                          Plaintiff,

v.                                                     Case No.: 1:16–cv–09492
                                                           Honorable John Z. Lee

Thomas Dart, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 5, 2018:

      MINUTE entry before the Honorable John Z. Lee: Hearing for oral argument on Plaintiff's motion to certify class held on 7/5/2018. For the reasons stated, Plaintiff's motion [101] for reconsideration regarding order [98] on motion to certify class is denied, without prejudice. Given the Court's concerns raised at the hearing, Plaintiff is directed to file a renewed motion for class certification that addresses the issued raised by the Court by 7/26/2018, Defendant's response due 8/23/2018, Plaintiff's reply due 9/6/2018. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.