# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Nicholas Polletta

                      Plaintiff,

v.                                                 Case No.: 1:16–cv–09492
                                                      Honorable John Z. Lee

Thomas Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2019:

      MINUTE entry before the Honorable John Z. Lee:Settlement conference held on 12/3/19. The parties settled the case and agreed to the terms as stated on the record. The jury trial scheduled for 12/16/19 is stricken and the writ of testificandum issued is vacated. This case is dismissed without prejudice; the dismissal will become with prejudice on 2/28/20. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.